# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| Stephanie Gee and Andrew Gee<br><br>Plaintiffs,<br><br>v.<br><br>Focus Receivables Management, LLC<br><br>Defendant. | Case No. 3:15-cv-05782-RBL<br><br><br>**NOTICE OF SETTLEMENT** |

Now come Plaintiffs, through counsel, to notify the Court that the parties have reached a settlement. The parties are currently working on facilitating the settlement. Plaintiffs expect to dismiss this case within sixty days.

[SIGNATURE ON FOLLOWING PAGE]

Notice of Settlement - 3:15-cv-05782         1

Thomas McAvity
14900 Interurban Ave. So.
Suite 271, PMB 43
Seattle, WA  98168
Phone: 206-674-4559

RESPECTFULLY SUBMITTED,

Date: January 28, 2016        By:  s/ Thomas A. McAvity
*Of Counsel*
Thomas A. McAvity #35197
Hyslip & Taylor, LLC, LPA
14900 Interurban Ave. So.
Suite 271, PMB 43
Seattle, WA  98168
Telephone: 206-674-4559
Fax: 866-241-4176
Email: thomas@nwdrlf.com
Attorney for Plaintiffs, Stephanie Gee, Andrew Gee

Notice of Settlement - 3:15-cv-05782        2

Thomas McAvity
14900 Interurban Ave. So.
Suite 271, PMB 43
Seattle, WA  98168
Phone: 206-674-4559

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2016, I electronically filed the foregoing Notice.

Service of this filing will be made by the Court's CM/ECF System upon the following:

Damian P. Richard, Esq.
Sessions, Fishman, Nathan & Israel, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426

Counsel for:
Focus Receivables Management, LLC

                                        s/ Thomas A. McAvity