Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHANIE GEE and ANDREW GEE<br><br>　　　　　　Plaintiffs,<br>　vs.<br><br>FOCUS RECEIVABLES MANAGEMENT, LLC,<br><br>　　　　　　Defendant. | Case No. 15-CV-05782 RBL<br><br>STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |

Pursuant to Fed.R.Civ.P 41(a), the parties stipulate to the entry of an order dismissing the above action with prejudice and without costs to either party.

| | |
|---|---|
| SESSIONS FISHMAN, NATHAN & ISRAEL, L.L.P.<br>*/s/Damian P. Richard*<br>Damian P. Richard, #47837<br>Attorney for Defendant<br>1545 Hotel Circle South, Suite 150<br>San Diego, CA  92108<br>Tel:   619/758-1891<br>drichard@sessions.legal<br>*Attorneys for Defendant* | HYSLIP & TAYLOR, LLC, LPA and NORTHWEST DEBT RELIEF LAW FIRM<br>*/s/Thomas A. McAvity*<br>Thomas A. McAvity, #35197<br>Attorney for Plaintiffs<br>14900 Interurban Ave. So.<br>Seattle, WA 98169<br>Tel: 206-674-4559<br>thomas@nwdrlf.com<br>*Attorneys for Plaintiffs* |

STIPULATION FOR ORDER OF DISMISSAL PURSUANT TO Fed.R.Civ.P. 41(a)