Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

STEPHANIE GEE,                              )   Case No. 15-CV-05782 RBL
                                            )
                        Plaintiff,          )   ORDER OF
            vs.                             )   DISMISSAL WITH PREJUDICE
                                            )   AND WITHOUT COSTS
FOCUS RECEIVABLES                           )
MANAGEMENT, LLC,                            )
                                            )
                        Defendant.          )
_____)

Upon the parties' stipulation, the court hereby orders this matter be dismissed with prejudice and without costs pursuant to Fed.R.Civ.P 41(a).

Dated this 2nd day of May, 2016.

_____

Ronald B. Leighton
United States District Judge

ORDER OF DISMISSAL WITH PREJUDCE AND WITHOUT COSTS

1

Presented by:

SESSIONS FISHMAN, NATHAN & ISRAEL, L.L.P.

*/s/Damian P. Richard*

Damian P. Richard, #47837

Attorney for Defendant


Approved as to Form, Notice of Presentation Waived:

HYSLIP & TAYLOR, LLC, LPA and

NORTHWEST DEBT RELIEF LAW FIRM

By: */s/Thomas A. McAvity*

Thomas A. McAvity, #35197

Attorney for Plaintiffs

ORDER OF DISMISSAL WITH PREJUDCE AND WITHOUT COSTS